**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Hon. M. Bofill Duhe
District Attorney
415 Main St.
St. Martinvill LA 70582

W. Claire Howington
Iberia Parish ADA
300 Iberia St. Ste 200
New Iberia La 70560

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 10, 2022

**REHEARING ACTION: August 10, 2022**

**Docket Number: 22   00239-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY J. BOURQUE**

**Writ Application from St. Martin Parish Case No. 17-252107**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Jonathan W. Perry**
   **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by the **State of Louisiana** has this day been

   **DENIED.**

cc: Larry J. Bourque, Pro Se